## Commonwealth ex rel. Supulski, Appellant, v. Jennings.

Submitted March 22, 1971. *John R. Merrick,* First Assistant Public Defender, for appellant; *William Butler, IV,* Assistant District Attorney, for appellee.

Appeal quashed.

## Commonwealth ex rel. Washington, Appellant, v. Washington.

Argued March 22, 1971. *Elliot B. Platt,* for appellant; *Bernard L. Lemisch,* for appellee.

Order affirmed.

SPAULDING, J., took no part in the consideration or decision of this case.